STATE OF NEBRASKA, APPELLEE, v. WILLIAM RANCE RANDOLPH, APPELLANT.

204 N. W. 2d 789

Filed March 2, 1973. No. 38692.

Hotz, Byam & Kellogg and William J. Tighe, for appellant.

Clarence A. H. Meyer, Attorney General, and Ralph H. Gillan, for appellee.

Heard before SPENCER, BOSLAUGH, SMITH, McCOWN, NEWTON, and CLINTON, JJ.

SMITH, J.
Judgment is affirmed on authority of State v. Coleman, *ante* p. 725, 204 N. W. 2d 785.

AFFIRMED.